No. 90–539.  SONNENBERG ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–646.  LEGG *v.* SMITH, TRUSTEE.  C. A. 5th Cir.  Certiorari denied.

No. 90–656.  BREWER *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–666.  FELDMAN ET AL. *v.* UNITED STATES ET AL. C. A. 7th Cir.  Certiorari denied.

No. 90–768.  PETER *v.* HESS OIL VIRGIN ISLANDS CORP. C. A. 3d Cir.  Certiorari denied.

No. 90–791.  EASTER HOUSE *v.* FELDER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 90–793.  MUNOZ *v.* RICE, SECRETARY OF THE AIR FORCE. C. A. 5th Cir.  Certiorari denied.

No. 90–799.  HOUSTON *v.* UNITED STATES.  Ct. Mil. App. Certiorari denied.

No. 90–805.  WESTERN STATES PETROLEUM ASSN. ET AL. *v.* SONOMA COUNTY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–812.  CALIFORNIA STATE BOARD OF EQUALIZATION *v.* TAXEL, TRUSTEE IN BANKRUPTCY.  C. A. 9th Cir.  Certiorari denied.

No. 90–815.  BLAINE *v.* MARMOR ET UX.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 90–821.  HALAS *v.* UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 90–822.  GREENE ET UX. *v.* BALABER-STRAUSS, AS TRUSTEE, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–828.  KURR *v.* VILLAGE OF BUFFALO GROVE, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.